UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 1:22-cv-24124- BLOOM/Otazo-Reyes

JAMES WATSON,

    Plaintiff,

v.

PADRINO'S RESTAURANTS, INC.,
d/b/a Padrino's Restaurant,

    Defendant.

**NOTICE OF FILING DEFENDANT'S INSPECTION REPORT**

**COMES NOW,** Defendant PADRINO'S RESTAURANTS, INC. d/b/a Padrino's Restaurant ("Defendant"), by and through the undersigned counsel, pursuant to this Court's Order in Actions Brought Under the Americans with Disabilities Act [D.E. 9] and the Court's paperless Order granting Defendant's Motion for Leave to File Video Evidence in Support of its Inspection Report [D.E. 16], hereby files Defendant's Inspection Report as follows:

1.    A specific list of all alleged violations of the subject website.

Plaintiff's Inspection Report alleges the following violations of Defendant's website, www.padrinos.com:

    i.    "Guideline 1.3.2 – Meaningful Sequence is violated. Mobile SRUs are unable to select a new date on the 'Private Dining Inquiry' form. When the date picker is displayed, then focus exits the popup and moves to the Event Time field before the dates are announced. As shown in the screen capture, the date picker window is still displayed, but the Event Time field is announced." [D.E. 13, 13-1].

1

      ii.      "Guideline 2.4.3. Focus order is violated. None of the menu links are announced on mobile. After expanding the main menu then focus remained on the underlying homepage and 'Cuban for all heading level 2' was announced. Focus didn't move into the expanded main menu and none of the links were announced." [D.E. 13, 13-1].

      iii.      "Guideline 1.4.5 – Images of Text is violated. The content in the Holiday Season popup is only available as an unlabeled image. Even with the accessibility widget announced, the popup was announced as only 'web dialog bit dot l y link.' None of the content or the Order Now link is announced." [D.E. 13, 13-1].

Defendant's Inspection Report is attached hereto as "Exhibit A" as a Declaration by Robert Kingett. Included in Defendant's Inspection Report is a video showing Mr. Kingett adequately navigating the Website and refuting the purported violations set forth in Plaintiff's Inspection Report.[1]

2.      The applicable ADA standard at issue; and

      The effective communications regulations under Title III of the ADA.

3.      The nature of the violations, by information and belief (e.g., readily achievable and/or required by particular ADA standard).

*See* Plaintiff's Inspection Report [DE 13, 13-1]. Defendant denies any violations alleged by Plaintiff in the Complaint or Plaintiff's Inspection Report.

---

[1] On February 3, 2023, Defendant filed its Unopposed Motion for the Entry of an Order to Submit Video Evidence in Support of its Inspection Report. [D.E. 15]. On February 4, 2023, this Court entered an Order granting Defendant's Motion for Leave to File Video Evidence in Support of its Inspection Report. [D.E. 16].

DATED:   February 6, 2023

By:   */s/ Michael I. Kessler*
Michael I. Kessler, Esq.
Florida Bar Number: 117784
O'HAGAN MEYER
21550 Oxnard Street, Suite 1050
Woodland Hills, CA, 91367
Telephone: (213) 306-1610
Facsimile: (213) 306-1615
Email: mkessler@ohaganmeyer.com
Attorney for Defendant, PADRINO'S
RESTAURANTS, INC. d/b/a Padrino's
Restaurant

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 6, 2023, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the below:

| | |
|---|---|
| Juan Courtney Cunningham, Esq.<br>J. Courtney Cunningham, PLLC<br>8950 SW 74th Court, Suite 2201<br>Miami, FL 33156<br>T: (305) 351-2014<br>Email: cc@cunninghampllc.com<br>legal@cunninghampllc.com | Attorneys for Plaintiff,<br>JAMES WATSON |

By: */s/ Michael I. Kessler*
Michael I. Kessler, Esq.
Florida Bar Number: 117784
Attorney for Defendant, PADRINO'S RESTAURANTS, INC. d/b/a Padrino's Restaurant