# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-24124-BB

**JAMES WATSON,**

    Plaintiff,

vs.

**PADRINO'S RESTAURANTS, INC.**

    Defendant.
_____/

## DECLARATION OF ROBERT KINGETT

I, Robert Kingett, being over the age of 18 years old, having been duly sworn, hereby declare that if called upon, I could testify to the following facts based on personal knowledge:

1. I am over the age of 18 and of sound mind, and have personal knowledge of the matters set forth herein.

2. I am totally blind and use NVDA screen reader software.

3. I use screen reader technology in my daily life.

4. I was hired by Padrino's Restaurants, Inc. ("Padrino") to review www.padrinos.com ("Website") on February 1, 2023 in response to Plaintiff's Inspection Report.

5. I have reviewed Plaintiff's Inspection Report and am aware of Plaintiff's allegations regarding the alleged accessibility barriers that Plaintiff claims he encountered on or about November 16, 2022.

6. A video was made of me reviewing the Website on February 1, 2023.

7. Attached as Exhibit 1 to this Declaration is a true and accurate copy of that video.

8. During my review of the Website using a screen reader, I was able to navigate through the headings on the Website to locate the "Private Dining Inquiry" form. I was able to select "Inquire About an Event" at Padrino's Hallandale Beach location and select a new date on the inquiry form. I used the date picker to select a new date and focus did not exit the popup and move to the Event Time field until new dates were announced which I selected from. Alternatively, I was also able to manually input a desired date in the inquiry form without issue. (See Ex. 1 at 2:51-5:08). This directly refutes Paragraph 1(i) of Plaintiff's Inspection Report. (DE 13, 13-1).

9. All of the menu links were announced and I was able to navigate through every heading on the website and every available submenu. The Court can watch my screen reader navigate through the headings on the homepage and expand the "menu" and "locations" submenus for Defendant's Hallandale Beach, Dania Beach, Fort Lauderdale, Plantation, and Boca Raton locations. (See Ex. 1 at 5:11-7:06). This directly refutes Paragraph 1(ii) of Plaintiff's Inspection Report. (DE 13, 13-1).

10. Defendant's Website no longer has a "Holiday Season" popup considering that the holidays are over. However, I encountered no issue with any popups or dialogue boxes that I encountered on the Website. My screen reader announced the "Order Now" link. (See Ex. 1 at 7:07-8:15). This directly refutes Paragraph 1(iii) of Plaintiff's Inspection Report. (DE 13, 13-1).

11. Additionally, I reviewed the Defendant's "Accessibility" link which provided Defendant's accessibility statement. The accessibility statement, which was read aloud by my screen reader verbatim, provides me information about Defendant's accessibility policies and provided me with alternative contact information. This information is beneficial for me such that

if I do come across any accessibility issues there's an alternative way for me to get information from Defendant or to interact with the business.

12. I did not encounter any of the barriers alleged in the Plaintiff's Inspection Report during my review.

13. The Website is very accessible and a visually impaired individual should be able to use the Website if they actually know how to use a screen reader.

14. Pursuant to 28 U.S.C.§ 1746, I declare under penalty of perjury that the foregoing statements are true.

             FURTHER DECLARANT SAYETH NAUGHT

*Robert Kingett*
Robert Kingett (Feb 3, 2023 13:49 CST)
Robert Kingett

Date: Feb 3, 2023

# 2023-02-03 DEC 32198 Declaration of Robert Kingett for Def Inspection Report

Final Audit Report 2023-02-03

| | |
|---|---|
| Created: | 2023-02-03 |
| By: | Fiona Wolfe (FWolfe@ohaganmeyer.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAJSSA1LmY3OJgV9JAmyPyiasHAFfXQSVn |

## "2023-02-03 DEC 32198 Declaration of Robert Kingett for Def Inspection Report" History

- Document created by Fiona Wolfe (FWolfe@ohaganmeyer.com)
  2023-02-03 - 7:45:48 PM GMT- IP address: 38.106.198.82

- Document emailed to kingettspeaks@gmail.com for signature
  2023-02-03 - 7:47:17 PM GMT

- Email viewed by kingettspeaks@gmail.com
  2023-02-03 - 7:48:10 PM GMT- IP address: 69.245.221.243

- Signer kingettspeaks@gmail.com entered name at signing as Robert Kingett
  2023-02-03 - 7:49:24 PM GMT- IP address: 69.245.221.243

- Document e-signed by Robert Kingett (kingettspeaks@gmail.com)
  Signature Date: 2023-02-03 - 7:49:26 PM GMT - Time Source: server- IP address: 69.245.221.243

- Agreement completed.
  2023-02-03 - 7:49:26 PM GMT

Adobe Acrobat Sign